

**The Hon. Sylvia O. Hinds-Radix**
*Corporation Counsel*

**THE CITY OF NEW YORK**
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Martha Nimmer**
*Special Assistant Corporation Counsel*
Cell: (917) 499-8632

Application Granted

Valerie Figueredo, U.S.M.J.
DATED: September 28, 2023
The initial case management conference scheduled for October 2, 2023 is adjourned sine die. The parties are directed to proceed with motion briefing in accordance with the previously adopted schedule. The Clerk of Court is directed to terminate the motion at ECF No. 18.

September 22, 2023

**VIA ECF**
Hon. Valerie Figueredo
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Re:  *K.K. v. N.Y.C. Dep't of Education*, 23-cv-4430 (JMF)(VF)

Dear Magistrate Judge Figueredo:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*., as well as for this action.

The parties write jointly in accordance with Your Honor's September 1, 2023 Order (ECF No. 17).  Defendant served a written offer on September 15, 2023, which Plaintiff rejected on September 19, 2023.  In light of this rejection, the parties jointly request that the October 2, 2023 initial phone conference be adjourned *sine die*, and that the parties proceed to motion briefing in accordance with the schedule ordered by the Court at ECF No. 13.

Thank you for considering this submission.

Respectfully submitted,

/s/ _____

1

Martha Nimmer
Special Assistant Corporation Counsel

cc:    Francesca Antorino, Esq. (via ECF)