UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
K.K., et al,

                    Plaintiffs,                    **23-CV-4430 (JMF) (VF)**

      -against-                      **ORDER**

NEW YORK CITY DEPARTMENT OF EDUCATION,

                    Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A conference to discuss ECF No. 54 is hereby scheduled for **Tuesday, August 20, 2024 at 12:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].** The Clerk of Court is respectfully directed to terminate the motion at ECF No. 54.

      SO ORDERED.

DATED:    New York, New York
                August 14, 2024

                                          _____
                                        VALERIE FIGUEREDO
                                        United States Magistrate Judge