UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
K.K. et al., :
:
Plaintiffs, :
: 23-CV-4430 (JMF)
-v- :
: ORDER
:
NEW YORK CITY DEPARTMENT OF EDUCATION, :
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On August 2, 2024, Magistrate Judge Figueredo filed a Report and Recommendation on Plaintiffs' motion for attorney's fees. ECF No. 53. The deadline for any party to file objections to the Report and Recommendation was fourteen days thereafter, which is tomorrow, August 16, 2024. *Id.* at 29. On August 9, 2024, Defendant filed a letter-motion seeking a pre-motion conference with Magistrate Judge Figueredo regarding an anticipated motion for reconsideration of the Report and Recommendation, ECF No. 54, which request was granted — a conference is currently scheduled for Tuesday, August 20, 2024, ECF No. 55. In light of that, the parties' deadline to file objections to the Report and Recommendation is hereby extended to **September 3, 2024**, or, if Defendant files a motion for reconsideration before September 3, 2024, fourteen days after that motion is resolved.

      SO ORDERED.

Dated: August 15, 2024
       New York, New York
                                                    JESSE M. FURMAN
                                                United States District Judge