UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                 :

K.K. et al.,

                    Plaintiffs,

                           23-CV-4430 (JMF)

      -v-

                           ORDER

NEW YORK CITY DEPARTMENT OF EDUCATION,

                    Defendant.

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On August 22, 2024, Magistrate Judge Figueredo filed an Amended Report and Recommendation on Plaintiffs' motion for attorney's fees. ECF No. 59. Plaintiffs timely filed objections on August 27, 2024, ECF No. 60, any response to which was due yesterday, *see* ECF No. 59, at 32. To date, no response to Plaintiffs' objections has been filed. As a courtesy, Defendant's deadline to file a response to Plaintiffs' objections is hereby extended, *nunc pro tunc*, through and until **tomorrow, September 12, 2024**. If no response is filed by that deadline, Plaintiffs' objections will be deemed unopposed.

       SO ORDERED.

Dated: September 11, 2024
       New York, New York

                                          JESSE M. FURMAN
                                       United States District Judge