UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
K.K. et al.,

                Plaintiffs,                23 **CIVIL** 4430(JMF)

       -v-                                   **JUDGMENT**

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 16, 2024, Magistrate Judge Figueredo's R&R is ADOPTED in full, and Plaintiffs are awarded a total of $52,975.26 in attorneys fees and $505.86 in costs (for a total of $53,481.12), plus post-judgment interest. Accordingly, the case is closed.

**Dated:** New York, New York

      September 16, 2024

                                                      **DANIEL ORTIZ**
                                                  **Acting Clerk of Court**

                           **BY:**
                                                     _____
                                                          **Deputy Clerk**