UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                    :

K.K. et al.,                              :

              Plaintiff,        :

                           :       23-CV-4430 (JMF)

     -v-                      :

                           :       ORDER

NEW YORK CITY DEPARTMENT OF EDUCATION,  :

            Defendant.     :

                           :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      No later than **December 6, 2024**, the parties shall file a joint letter proposing next steps in this case in light of the Second Circuit's decision remanding the case to this Court. *See* ECF No. 67.

      SO ORDERED.

Dated: November 25, 2024
      New York, New York                     _____
                                     JESSE M. FURMAN
                              United States District Judge