UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                           :

K.K. et al.,                                                    :

                                  Plaintiff,,                        :
                                                                        :          23-CV-4430 (JMF)
           -v-                                                     :
                                                                        :          <u>ORDER</u>

NEW YORK CITY DEPARTMENT OF EDUCATION,  :

                                  Defendant.                    :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of the Second Circuit's decision affirming the prior judgments in the tandem related appeals in all relevant respects and the parties' joint letter relating to entry of a final judgment, *see* ECF No. 74, the Clerk of Court is directed to reinstate the prior judgment at ECF No. 63 and/or enter a new judgment consistent with ECF No. 63; and to close the case.

       SO ORDERED.

Dated: October 17, 2025
       New York, New York
                                                                 JESSE M. FURMAN
                                                       United States District Judge